# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

TYRONE ROGERS

**V.**

G.J. GIURBINO, URIBE DOMINGO, JR.;
N. GRANNIS; M. HODGES; DENNIS
BROWN; ALICIA GARCIA; L. KASTNER;
M. AYALA; B. NARVIS; D. FOSTON,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11CV0666-BTM-PCL

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is Dismissed without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A(b).

| October 4, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) E. Silvas, Deputy Clerk |
| | ENTERED ON October 4, 2011 |